UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUSTIN BULLOCK, Individually and as the representative of a class of similarly situated persons,

                Case No.   1:24-cv-2717-MKV

           Plaintiff,

        - against -

                **NOTICE OF SETTLEMENT**

BOTTLE & PRESS, LLC d/b/a Straightaway Cocktails,

           Defendant.
-----------------------------------------------------------X

      Now comes the Plaintiff, Justin Bullock, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

      1.      The parties have reached an agreement and are in the process of preparing a formal settlement agreement containing the agreed-upon terms. Once the terms of the Agreement have been fulfilled, the parties will submit a Stipulation of Voluntary Dismissal with prejudice and without costs pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

      2.      We respectfully request that the Court stay this case and adjourn all deadlines and conferences.

      3.      We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
       June 26, 2024

                              SHAKED LAW GOUP, P.C.
                              Attorneys for Plaintiff

                       By: */s/Dan Shaked*_____
                            Dan Shaked, Esq.
                            14 Harwood Court, Suite 415
                            Scarsdale, NY 10583
                            Tel. (917) 373-9128
                            e-mail: ShakedLawGroup@Gmail.com